LOUIS A. SLATTERY, Respondent, v. SAMUEL S. JONES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM P. CASEY, by JAMES CASEY, His Guardian ad Litem, Appellant, v. UNITED CIGAR STORES COMPANY OF AMERICA, INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

SAMUEL BERNSTOCK, by MORRIS BERNSTOCK, His Guardian ad Litem, Appellant, v. UNITED CIGAR STORES COMPANY OF AMERICA, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PHILIP SILBER and Another, Respondents, v. CONSOLIDATED WAFER COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ABRAHAM KATZ, an Infant, by SAMUEL KATZ, His Guardian ad Litem, Respondent, v. CELESTINA F. DEULACIA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

SAMUEL KATZ, Respondent, v. CELESTINA F. DEULACIA, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to $2,137.43; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ABRAHAM LEICHTAG, Respondent, v. REALTY ASSOCIATES, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GEORGE N. CHERRINGTON, Suing on Behalf of Himself and Other Tenants of the Gardens Apartment, etc., Appellant, v. GARDENS APARTMENT, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

FREDERICK HEARN, an Infant, etc., by OTIS HEARN, His Guardian ad Litem, Respondent, v. CHARLES EDDISON, Impleaded with THE WHITE COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOHN POLKOWSKI, as Administrator, etc., of HELEN POLKOWSKI, Deceased, Respondent, v. HARVILL REALTY CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to $2,254.79, including interest and costs; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PERCY GRIFFIN and Another, Copartners, etc., and Others, Appellants, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Laughlin, Smith, Page and Merrell, JJ.